IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCUS GEORGE**                                                                  **PLAINTIFF**

v.                    **CASE NO.: 5:08CV00253 JLH/BD**

**JOHNNY CARTWRIGHT,**
**et al.**                                                                        **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections filed thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Complaint (docket entry #2) is DISMISSED without prejudice. Plaintiff's application to proceed *in forma pauperis* is DENIED (#1) as moot.

IT IS SO ORDERED this 2nd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE