IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCUS GEORGE**                                                                                   **PLAINTIFF**

v.                          **CASE NO.: 5:08CV00253 JLH/BD**

**JOHNNY CARTWRIGHT,**
**et al.**                                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE